U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at Greeneville

Date: 11/20/2025　　　　Courtroom: 300 - Greeneville

Initial Appearance: ☑ Complaint ☐ Indictment ☐ SSI ☐ Information ☐ Violation Petition ☐ Rule 5
Other Hearing: ☐ Arraignment ☐ Arraignment on SSI

**Case No.** 2:25-mj-216　　　　**USA v.** Cayden Brock Newberry

Present Before: HONORABLE Cynthia Richardson Wyrick　　U.S. Magistrate Judge

| Tom McCauley | **Lesley Tiller** | |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | US Probation Officer |
| | ☑ Appt. ☐ Retd. ☐ Ltd. App. | |
| Amanda Gunter | DCR | |
| Courtroom Deputy | Court Reporter / Digital Recording | Interpreter ☑ SWORN |

**PROCEEDINGS**:
☑ Financial affidavit executed　　Court Appointed: ☑ Federal Defender or ☐ CJA Attorney
☐ Deft. retained an attorney　　☐ Deft. WAIVED appointment of an attorney
☑ Deft. advised of rights
☑ Deft. waived reading of Indictment/Information　　☐ Indictment/Information Read
☑ Deft. pleads not guilty on counts  all counts　　☐ Deft. entered no plea
☐ Not guilty plea entered by Court on defendant's behalf
☑ Deft. requested a Preliminary Examination　　☐ Deft WAIVED the Rule 5 hearings
☐ Court UNSEALED case in its entirety　　☐ Case REMAINS sealed
☐ Court UNSEALED case as to the defendant(s) at this proceeding

**DATES SET**:

| Jury Trial: | Final Pretrial Conf.: |
|---|---|
| Detn Hrg: | Preliminary Examination: **12/01/2025 at 11:00 am** |
| Arraignment: | Motion Hrg: |
| Status Conf: | Other Hrg: |
| Revocation Hrg: | |

**DEADLINES SET**:

| Discovery Ddl: | Reciprocal Discovery Ddl: |
|---|---|
| Motion Cut-Off: | Response Ddl: |
| Plea Ddl: | Other: |

BOND:
☑ Government moved for detention
☑ Dft WAIVED detention hrg. ☐ Detention hrg. set ☐ Detention hrg. held at Initial Appearance
☐ Deft. released on Conditions of Release
☑ Deft. remanded to the custody of the U.S. Marshal

I, Amanda Gunter, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
DCR File: dcr_2-25-cr-123_20251120_152631　　Court time: 3:34 to 3:42